JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-MARRYANN DICKERSON,<br>Plaintiff,<br>v.<br>BETH LEWANDOWSKI,<br>Defendant. | Case No. 2:25-cv-11710-MWF-MAR<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING EMERGENCY MOTION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the case is **DISMISSED** without prejudice for failure to pay the filing fee.

Dated: September 16, 2026

MICHAEL W. FITZGERALD
United States District Judge